# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**DOMINIQUE VAUGHN**<br>*Defendant* | )<br>)<br>) Case No. 2:23mj 121<br>)<br>) |

**FILED**

JUN - 9 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>at least on or about April 4, 2023, to on or about June 6, 2023,</u> in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| Count One: | |
| 18 U.S.C. §§ 1708 and 2 | Theft of Mail |
| 18 U.S.C. §§ 1704 and 2 | Theft of Postal Key |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Kevin Horne, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 9, 2023

_____
*Judge's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*